JS-6

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*JAN 2 2 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY           DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TODD FULBRIGHT,<br>Petitioner,<br>vs.<br>D.L. RUNNELS, Warden,,<br>Respondent. | Case No. CV 05-4280-DDP (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1-18-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1